UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| CHRISTOPHER HART, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:14-cv-00420-JDL |
| | ) | |
| ELDREDGE LUMBER & | ) | |
| HARDWARE, INC., | ) | |
| | ) | |
| Defendants | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and Local Rule 41.1(a), the parties hereby stipulate,

by and through undersigned counsel, that all claims are dismissed with prejudice and without

costs.

Dated: January 2, 2015

/s/ Laura H. White
Laura H. White, Me. Bar #: 4025
*Attorney for Plaintiff*
BERGEN & PARKINSON LLC
62 Portland Road, Suite 25
Kennebunk, ME 04043
(207) 985-7000
*lwhite@bergenparkinson.com*

/s/ Daniel F. Gilligan
Daniel F. Gilligan, Me. Bar # 3363
*Attorney for Defendant*
TROUBH HEISLER
511 Congress Street
PO Box 9711
Portland, Maine 04104-5011
(207) 780-6789
*dgilligan@troubhheisler.com*

1

## CERTIFICATE OF SERVICE

I, Laura H. White, hereby certify that on this 2nd day of January, 2015, I filed the foregoing Stipulation of Dismissal via the Court's CM/ECF system, which will automatically send a notice of filing to all counsel of record.

/s/ Laura H. White

Laura H. White
*Attorney for Plaintiff Christopher Hart*
BERGEN & PARKINSON, LLC
62 Portland Road, Suite 25
Kennebunk, ME 04043
Phone: (207) 985-7000
*lwhite@bergenparkinson.com*

2